```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

   DEC - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                  DEPUTY
```

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SACR 08-28 JVS & |
|---|---|
| Plaintiff, | ) SACR 08-29 JVS |
| v. | ) ORDER OF DETENTION |
| MATTHEW MICHAEL HESTERLY, | ) [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer any evidence rebutting the presumption that he is a danger and flight risk. Further, the defendant is a flight risk because of his lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 4, 2012

                                          /s/    Arthur Nakazato
                                          ARTHUR NAKAZATO
                                          UNITED STATES MAGISTRATE JUDGE